# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHELE SABLICH,**

    Plaintiff,

vs.          **CASE NUMBER: 3:25-cv-1203-CBF**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**Decision by Court.**   This action came to trial or hearing before the Court.

IT IS ORDERED AND ADJUDGED that the final decision of the Defendant Commissioner of Social Security is REVERSED, and this matter is REMANDED to the Commissioner for further administrative action. This case is DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991) and pursuant to the Order of the Honorable Carla B. Freedman dated February 20, 2026.

DATED: February 20, 2026

*John Domurat*
Clerk of Court

s/ _____
Lori Welch
Deputy Clerk